UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-14-6 |
| Plaintiff, | Hon. Paul L. Maloney<br>U.S. District Judge |
| v. | |
| ERICA JEAN FROBERG, | |
| Defendant. | |

## ORDER OF DETENTION

On September 3, 2020, the Court conducted a change of plea in Defendant Froberg's case. (ECF No. 85.) Defendant pled guilty to Count 1 of the indictment (ECF No. 1), which charged her with conspiracy to distribute and possess with intent to distribute 50 grams or more of methamphetamine or 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, in violation of 21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(A)(viii). (ECF No. 86 (report and recommendation).) On Sept. 21, 2020, U.S. District Judge Maloney adopted this report and recommendation and adjudicated Defendant guilty. (ECF No. 91.)

On October 8, 2020, the undersigned issued a warrant for Defendant's arrest for alleged violations of conditions of release. (ECF Nos. 112, 113.)

On October 26, 2020, Defendant was arrested on the undersigned's warrant by the Marquette Police Department.

On October 27, 2020, the undersigned conducted a bond review hearing and initial appearance on this arrest. The undersigned orders Defendant detained pending sentencing pursuant to 18 U.S.C. § 3143(a)(2). On September 21, 2020, the

Court found Defendant guilty of an offense described in 18 U.S.C. § 3142(f)(1)(C). As a result, the undersigned could only release Defendant on bond pending sentencing if conditions set forth in 18 U.S.C. § 3143(a)(2)(A) and (B) were met. The undersigned finds those conditions were not met. Accordingly, the undersigned orders Defendant detained pending sentencing.

    IT IS SO ORDERED.

Dated:   October 28, 2020          /s/ *Maarten Vermaat*
                                                     MAARTEN VERMAAT
                                                     U.S. MAGISTRATE JUDGE